UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

SUEANN CANDELARIA; *et al.*,

    Plaintiff,

vs.

TREASURE ISLAND, LLC., etc.,

    Defendant,

2:10-cv-376-RLH-RJJ

O R D E R

    This matter was referred to the undersigned Magistrate Judge on a Stipulation to Extend Discovery Plan and Scheduling Order (#14) and the Supplement (#16) filed pursuant to Order (#15).

    The Court having reviewed the Stipulation (#14) and the Supplement (#16) and good cause appearing therefore,

    IT IS HEREBY ORDERED that the Stipulation to Extend Discovery Plan and Scheduling Order (#24) is **GRANTED**.

    IT IS FURTHER ORDERED that the dates for the extension of discovery and other related deadlines set forth in the Stipulation (#14) are adopted by the court

    DATED this  29th   day of September, 2010.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge